UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

                **CASE NO: 08-20419**
      **Plaintiff,**          **HONORABLE SEAN F. COX**

**vs.**

**DONALD DOVER, et al.,**

      **Defendant.**
_____/

### ORDER REGARDING DEFENDANT'S MOTIONS

      At a session of said Court, held in the United States Courthouse, located at 600 Church Street, in the City of Flint, County of Genesee, State of Michigan, on: June 26, 2009

      PRESENT: HONORABLE SEAN F. COX

      This matter being duly before the Court on motions of Defendant, and all parties having had an opportunity to be heard, and all parties stipulating to the within order, and the Court being fully advised in the premises;

      **IT IS HEREBY ORDERED AND ADJUDGED** that with respect to revealing the identities of confidential informants, the government shall treat all confidential informants as it would any other witnesses and reveal their identities at the same time that it reveals the

identities of its other witnesses. With this understanding, Defendant's Motion for Disclosure of Informants' Identity and Whereabouts Prior to Trial is hereby withdrawn.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Dover's Motion to Dismiss Indictment is hereby withdrawn as it has been rendered moot by the filing of the superceding indictment.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant Dover's Motion for Witness List is hereby withdrawn as the parties agree to abide by this Court's instructions regarding the exchange of witness lists to be given at the final pretrial conference.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Motion for Severance is denied without prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Dover's Motion for Government Agents to Retain Rough notes is granted, as the government has agreed that the rough notes of federal agents and other law enforcement officers involved in this case shall be retained but has reserved the right to challenge whether such notes are discoverable.

Dated: June 26, 2009                                            S/ Sean F. Cox
                                                                U. S. District Court Judge

Approved as to form and substance:

Dated:  06-08-09                                  s/Richard D. Korn
                                                  Attorney for Defendant
                                                  645 Griswold, Suite 1717
                                                  Detroit, MI 48226
                                                  (313) 223-1000
                                                  rdkorn@sbcglobal.net
                                                  P32958

Dated:  06-08-09                                s/with consent of Nancy A. Abraham
                                                Assistant U.S. Attorney
                                                600 Church Street, Suite 210
                                                Flint, MI 48502
                                                (810) 766-5177
                                                nancy.abraham@usdoj.gov
                                                P42060

Dated:  06-08-09                                s/with consent of Joan Ellerbusch Morgan
                                                Attorney for Defendant Townsend
                                                2057 Orchard Lake Road
                                                Sylvan Lake, MI 48320
                                                (248) 335-9157
                                                joanemorgan@earthlink.net
                                                P34482

Dated:  06-08-09                                s/with consent of David A. Koelzer
                                                Attorney for Defendant Owens
                                                653 S. Saginaw Street, Suite 105
                                                Flint, MI 48502
                                                (810) 232-3600
                                                david_koelzer@fd.org
                                                P41273

Dated:  06-08-09                                                                s/with consent of Elias J. Escobedo, Jr.
                                                                                                Attorney for Defendant Dennis
                                                                                                995 West Huron Street
                                                                                                Waterford, MI 48328
                                                                                                (248) 682-8400
                                                                                                eescobedo@ameritech.net
                                                                                                P37808