UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Donald Dover

      Petitioner,

v.                                 Civil Case No. 11-14248
                                    Criminal Case No. 08-20419

United States of America,

                                 Honorable Sean F. Cox

      Respondent.

_____/


## ORDER
## ALLOWING PETITIONER UNTIL MAY 31, 2012 TO FILE A RESPONSE
## TO THE GOVERNMENT'S MOTION TO DISMISS

On September 27, 2011, Defendant Donald Dover ("Dover") filed a motion to vacate his

sentence pursuant to 28 U.S.C. § 2255. Thereafter this Court ordered the Government to file a

responsive pleading no later than November 28, 2011.

On November 28, 2011, the Government filed a Motion to Dismiss Dover's § 2255

Motion. The Government, however, served that motion on Dover's former counsel, rather than

on Dover.

Thereafter, Dover filed two motions asking this Court to: 1) order the Government to

provide a copy of its motion to Dover; and 2) allow Dover an opportunity to respond to the

motion following his receipt of same. (Docket Entry Nos. 222 & 224).

In response, the Government filed a brief stating that: 1) it filed an amended certificate of

service, indicating that its Motion to Dismiss was served on Dover on April 17, 2012; and 2) that

the Government has no objection to Dover being afforded an opportunity to respond to the

motion.

Accordingly, to the extent that Dover's pending motions ask the Court to order the

Government to serve a copy of its Motion to Dismiss on him, the motions are DENIED AS

MOOT because the Government has now served a copy of its Motion to Dismiss on Dover.

IT IS FURTHER ORDERED that, to the extent that Dover's motions ask the Court to

allow him an opportunity to respond to the Government's Motion to Dismiss, the motions are

GRANTED.  Dover shall file his response to the Government's Motion to Dismiss no later than

**May 31, 2012.**

IT IS SO ORDERED.


Dated:  April 30, 2012                                    S/ Sean F. Cox
                                                          Sean F. Cox
                                                          U. S. District Court Judge


I hereby certify that on April 30, 2012, the foregoing document was served upon counsel of
record by electronic means and upon Donald Dover by First Class Mail at the address below:

Donald Dover #08776-040
Seagoville Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 9000
Seagoville, TX 75159-9000


Dated:  April 30, 2012                                    S/ J. Hernandez
                                                          Case Manager